■ DAISY HODGE, Appellant, v VED P. SACHDEV, Respondent. [617 NYS2d 648] —Order, Supreme Court, New York County (Martin Stecher, J.), entered on or about May 5, 1993, unanimously affirmed for the reasons stated by Stecher, J., without costs and disbursements. No opinion. Concur—Murphy, P. J., Carro, Ellerin, Wallach and Kupferman, JJ.